In the Matter of ROBIE J. DRAKE, Appellant, v RICHARD C. KLOCH, SR., Acting Justice of the Supreme Court of the State of New York, Niagara County, et al., Respondents.

Submitted May 26, 2009; decided September 1, 2009

Reported below, 2009 NY Slip Op 69151(U).

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

In the Matter of ANTHONY ETTARI, Respondent, v BRIAN FISCH-ER, as Commissioner of Correctional Services, et al., Appellants.

Submitted July 20, 2009; decided September 1, 2009

Reported below, 54 AD3d 460.

Motion to vacate this Court's June 25, 2009 dismissal order granted [*see* 12 NY3d 911 (2009)].

In the Matter of 47 AVE. B. EAST INC., Respondent, v NEW YORK STATE LIQUOR AUTHORITY, Appellant.

Submitted July 29, 2009; decided September 1, 2009

Reported below, 65 AD3d 33.

Motion to vacate stay granted.

Chief Judge LIPPMAN taking no part.